IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS


UNITED STATES OF AMERICA

V.                              CASE NO. 4:08CR000332-03 JMM

TIMOTHY STRAW

**ORDER**

Pending before the Court is defendant Timothy Straw's pro se Motion to Reduce Sentence to which the government has responded.  For the reasons stated below, the motion is denied (#147).

Defendant was sentenced by this Court on January 28, 2010, to a term of five years which was the mandatory minimum statutory sentence pursuant to 21 U.S.C. § 841 based upon the amount of crack cocaine involved in defendant's case.

Defendant contends that his sentence should be modified pursuant to The Fair Sentencing Act of 2010, Pub.L. No 111-220 (the "Act"), which was signed into law by the President on August 3, 2010.  The Act amends 21 U.S.C. § 841 by increasing the amount of crack cocaine required to mandate a five year mandatory minimum sentence.

Defendant contends that because the amount of crack cocaine he possessed is lower than the amount now required to mandate a five year minimum penalty, his sentence should be modified.

18 U.S.C. §3582 allows modification of sentences for defendants who have been sentenced based on a sentencing range that has subsequently been lowered . However, 18 U.S.C. § 3582 only allows a modification, if the new sentencing ranges are made retroactive. *See Dillon v. United States*, 560 U.S. ----, 130 S.Ct. 2683, 2688, 177 L.Ed.2d 271, 2010 WL 2400109 (2010) ("When the Commission makes a Guidelines amendment retroactive, 18 U.S.C. § 3582(c)(2) authorizes a district court to reduce an otherwise final sentence that is based on the amended provision").

Here, the Act does not apply because it was not made retroactive and defendant committed the offense prior to the Act's effective date of August 3, 2010. *See United States v. Watson*, 2010 WL 3272934 n. 1 (E.D. Mich. 2010) (The Fair Sentencing Act of 2010 does not apply retroactively).

IT IS SO ORDERED THIS   11   day of   September  , 2010.

*[signature]*
James M. Moody
United States District Judge