IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 07 2014

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

UNITED STATES OF AMERICA

Vs.                    CASE NO.  4:08cr00332-03   JM

TIMOTHY STRAW

## ORDER

Pending is the United States' superseding petition for summons for the defendant to appear for a hearing on the alleged violations of supervised release.      The motion for summons to be issued is granted.[1] The Clerk is directed to issue a summons and the U.S. Marshal is directed to serve the defendant with the summons, superseding petition and a copy of this Order to appear **Thursday, July 17, 2014 at 2:00 p.m.,** Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Room 4A, Little Rock, Arkansas,  for a hearing on the superseding motion to revoke supervised release. The summons should state that the defendant is to report to the United States Probation Office thirty (30) minutes prior to the scheduled hearing. The Clerk is directed to provide a copy of the motion to the United States Marshal.

Mr. Justin Eisele, Assistant Federal Public Defender is provisionally appointed to represent the defendant in the revocation proceedings. The United States Probation Office is requested to obtain a completed financial affidavit from the defendant and provide a copy to the Court to determine if he is financially unable to employ counsel.

The Clerk is directed to provide a copy of this Order to the United States Marshal Service and the United States Probation Office.

IT IS SO ORDERED this 7th day of July, 2014.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE

---

[1] Docket entry #225 is moot.