AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 25 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA
v.
TIMOTHY STRAW

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 4:08cr00332-03 JM
USM No. 25310-009

Justin Eisele
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   Sp. 1 & Gen 3, 5& 6   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special 1 | Failure to submit urine specimens & to attend substance abuse treatment | 05/13/2013 05/13/2014 |
| Standard 3 | Failure to answer truthfully all inquirirese of probation officer | |
| Standard | Failure to work at a lawful occupation | |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 1381

Defendant's Year of Birth: 1987

City and State of Defendant's Residence:
2113 S. Maple Street, LR, AR  72204

08/21/2014
Date of Imposition of Judgment

_[signature]_
Signature of Judge

JAMES M. MOODY Jr.         U.S. District Judge
Name and Title of Judge

8/25/14
Date

AO 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations
                Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT: TIMOTHY STRAW
CASE NUMBER: 4:08cr00332-03 JM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**ELEVEN (11) MONTHS**

☑ The court makes the following recommendations to the Bureau of Prisons:

**The defendant shall participate in non-residential substance abuse treatment.**

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

     ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

     ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐ before 2 p.m. on _____ .

     ☐ as notified by the United States Marshal.

     ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL